IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

v.     Case No.: **1:22CR296**

ISREAL MARQUEL STEVENS

**MOTION TO REVOKE MAGISTRATE ORDER OF DETENTION**

Comes now the defendant ISREAL MARQUEL STEVENS, by and through counsel, and moves this Honorable Court to revoke the magistrate order of detention dated September 16,2022. In support of which the defendant states the following:

1. The defendant is being held without bond. He is currently charged with felon in possession of a firearm in violation of 18 U.S.C. 922(g).

2. The defendant is not a flight risk. He is a life long resident of the Washington, DC metropolitan area. Most of his immediate family to include the mother resides in the metropolitan area.

3. The defendant is not a danger to the community. At the time of his arrest the defendant was cooperative. He was taken into custody without incident. His only prior conviction is for a non-violent offense. There are no allegations of acts of violence supporting the current charge against him.

4. The defendant submits a combination of conditions that would ensure his return to court and protect the community.

5. The defendant submits this court should set the following special conditions:

    a. That he be placed in the heighten supervision program;

    b. That he be placed on electronic monitoring;

    c. That he be ordered to submit to random urine screens;

    d. That he be ordered to seek full time employment;

      e.   That he be ordered to have no contact with any known felons;

      f.   And whatever other conditions deemed necessary by this Honorable Court.

I ASK FOR THIS:

_____/s/_____
Robert L. Jenkins, Jr., Esq.
United States District Court Bar No.: CO0003
Bynum & Jenkins
1010 Cameron Street
Alexandria, Virginia 22314
(703) 309 0899 Telephone
(703) 549 7701 Fax
RJenkins@BynumAndJenkinsLaw.com
Counsel for Defendant ISREAL MARQUEL STEVENS

## CERTIFICATE OF SERVICE

      I hereby certify that I caused a true and accurate copy of the foregoing to be served upon all counsel of record via ECF on September 16, 2022.

_____/s/_____
Robert L. Jenkins, Jr., Esq.
United States District Court Bar No.: CO0003
Bynum & Jenkins
1010 Cameron Street
Alexandria, Virginia 22314
(703) 309 0899 Telephone
(703) 549 7701 Fax
RJenkins@BynumAndJenkinsLaw.com
Counsel for Defendant ISREAL MARQUEL STEVENS